Rose L. Nicoud, Plaintiff, v. New York Life Insurance Company, Defendant.— Motion granted on payment by the defendant of the taxable costs in the Court of Appeals to this date, with leave to plaintiff to apply to the Court of Appeals for permission to withdraw her appeal and proceed with a new trial if so advised. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

William E. Barhite, Appellant, v. Mary A. Barhite, Individually and as Administratrix, etc., and Others, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

The Catholic Foreign Mission Society of America, Incorporated, Respondent, v. Joseph Oussani, Appellant, Impleaded with J. Alva Jenkins, Defendant.— Judgment modified so as to provide for the execution and delivery to plaintiff of a proper deed, conveying to it in fee simple the premises described in said judgment, free from all incumbrances, except the rights of the public, or of any persons, to use that branch of the Longwood road that now runs directly before defendant Oussani's house to the Duck farm as a road or right of way, provided any such rights exist; and as thus modified affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas and Stapleton, JJ., concurred; Hirschberg, J., not voting.

Maria S. Halstead, Sometimes Known as Rita S. Halstead, Respondent, v. George W. Halstead, Appellant.— Judgment affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Agnes V. Hoagland, Respondent, v. The City of New York, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

In the Matter of the Judicial Settlement of the Account of Kings County Trust Company, as Administrator, etc., of Charles S. Fowler, Deceased. Richard E. Fowler and Others, Appellants; Kings County, Trust Company, etc., and Others, Respondents.— Reargument ordered, and case set down for Friday, June 6, 1913. Present — Jenks, P. J., Burr, Thomas and Stapleton, JJ.

In the Matter of the Application of the New York Connecting Railroad Company, to Acquire by Eminent Domain Certain Parcels of Land, etc. The New York Connecting Railroad Company, Appellant and Respondent, v. Marie Van Cuxo and Others, Respondents and Appellants.— Order affirmed, with ten dollars costs and disbursements to respondents Dornes; also with ten dollars costs and disbursements (one bill only) to the petitioner, against the other appellants. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

In the Matter of the Judicial Settlement of the Account of Proceedings of Josephine Walsh and Minnie Walsh, as Executrices, etc., of Silas Post, Deceased, Respondents. Sarah Jane Ellis, Appellant.— Decree of the Surrogate's Court of Queens county in so far as appealed from affirmed, with